IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM L. GRESHAM,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:21-CR-35-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 117] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 96]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Defendant's claim that he instructed his lawyers to file a Notice of Appeal after his sentencing is not credible. No Certificate of Appealability will be issued. The Defendant's Objections to the Report and Recommendation are overruled and denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 96] is DENIED.

SO ORDERED, this  27th  day of November, 2024.

THOMAS W. THRASH, JR.
United States District Judge